# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

DAVID LEE PHILLIPS,

        Plaintiff,

vs.

STATE BAR OF NEVADA, *et al.*,

        Defendants.

2:14-cv-02031-JCM-VCF

**ORDER**

    Before the court is *David Lee Phillips v. State Bar of Nevada, et al.*, case number 2:14-cv-2031-JCM-VCF.  A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

    IT IS HEREBY ORDERED that a discovery hearing is scheduled for 3:00 p.m., March 10, 2016, in courtroom 3D.

    Dated this 29th day of February, 2016.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE